```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/10/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET GONZALEZ, Individually and as
Administratrix of the Estate of
JUAN ANTONIO DELGADO,

                Plaintiff,

-against-    24 Civ. 9723 (AT)

UNITED STATES OF AMERICA,    **ORDER**

                Defendant.

ANALISA TORRES, District Judge:

      On December 17, 2024, Plaintiff, Janet Gonzalez, filed this Federal Tort Claims Act suit against Defendant, the United States of America. *See generally* ECF No. 1. On January 23, 2025, Plaintiff moved for approval of a purported settlement agreement reached between the parties. *See* ECF No. 8. There is no indication, however, that Plaintiff has served Defendant with a summons or obtained a summons for service upon Defendant. Additionally, Defendant has not appeared in this action.

      Accordingly, by **February 14, 2025**, Plaintiff shall file a summons to be stamped and signed by the Clerk of Court. By **February 21, 2025**, Plaintiff shall serve the summons and complaint and a copy of this Order on Defendant. By **February 24, 2025**, Plaintiff shall file proof of such service on the docket. By **February 28, 2025**, Defendant shall appear in this action and file its response to Plaintiff's motion at ECF No. 8.

      SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                                ANALISA TORRES
                                             United States District Judge